U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

07-455

1- PLAINTIFF # IVAN MENDEZ
2- CASE NUMBER # 318-2001
3- DEFENDANTS # U.S. COURT OF APPEALS, U.S. ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, U.S. SOLICITOR GENERAL, U.S. SUPREME COURT, U.S. COURT OF FEDERAL CLAIMS, HUMAN RIGHTS WATCH, A.C.L.U PRISON PROJECT, AND WASHINGTON D.C, THE STATE.
4- MOTION TO PROCEED IN FORMA PAUPERIS
5- COMES NOW THE PLAINTIFF, AND RESPECTFULLY REQUEST THIS HONORABLE COURT TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT.
6- SIGNATURE # IVAN MENDEZ
7- PRINTED NAME # IVAN MENDEZ
8- ADDRESS # D.C.C, 1181 PADDOCK RD., SMYRNA DE. 19977.
9- HOME PHONE NUMBER # N/A
10- BUSSINES PHONE NUMBER # N/A
1- CERTIFICATE OF SERVICE.
2- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 07/19/07
3- TO # U.S. DISTRICT COURT
4- NAME # U.S. DISTRICT COURT
5- ADDRESS # 844 N. KING ST, LOCKBOX # 18, WILMINGTON DE. 19801
6- ADDRESS #
7- NAME #
8- SIGNATURE # IVAN MENDEZ
1- POINTS AND AUTHORITIES
2- WRITE THE REASONS WHY THE COURT, SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOWN TOO THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE AND WASHINGTON D.C.
3- SIGNATURE # IVAN MENDEZ

FILED 2007 JUL 20 PM 4:06 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

(QUENTIN TARANTINO LOVES JIM MORRISON LAGUNA NUMBER SEVENTEEN OR 18 PAGES.)

07/19/07

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT

1- PLAINTIFF # IVAN MENDEZ

2- CASE NUMBER # 318-2001

- DEFENDANTS # THE STATE OF WASHINGTON D.C.

4- I AM THE PLAINTIFF UNDER 28 USC 1915, I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT

5- ARE YOU CURRENTLY INCARCERATED #         (YES)    NO

- IF YES GIVE THE PLACE OF YOU INCARCERATION # S.C.I IN GEORGETOWN DE.

2- ARE YOU EMPLOYED AT THE INSTITUTION #         YES    (NO)

6- DO YOU RECEIVE ANY PAYMENT FROM THE INSTITUTION #    YES    (NO)

7- ARE YOU CURRENTLY EMPLOYED #         YES    (NO)

8- NAME AND ADDRESS OF EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME, 2901 W. 2ND ST WILMINGTON DE. 19805,

1- TOTAL MONTHLY AMOUNT OF SALARY # $ 1,600 OR 2,000

12- DATE LAST EMPLOYED # OCT. OR NOV. OF 2000

13- TOTAL AMOUNT OF SALARY LAST RECEIVED # $ 1,600 OR 2000

14- HAVE YOU RECEIVED ANY MONEY WITHIN THE LAST 12 MONTHS #    YES    (NO)

15- IF YES DESCRIBE EACH SOURCE OF MONEY #

16- DO YOU HAVE CASH, CHECKINGS OR SAVINGS ACCOUNT #    YES    (NO)

17- IF YES STATE THE TOTAL AMOUNT #

18- DO YOU OWN ANY VALUABLE PROPERTY #    YES    (NO)

19- IF YES DESCRIBE THE PROPERTY AND HIS VALUE #

20- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # MY FAMILY AND SOME RELATIVES

21- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

22- DATE # 07/19/07

23- SIGNATURE # IVAN MENDEZ

General Request Form

Ring # S.H.U #18
Cell # BL-3

This are the forms that I need #
(42 USC 1983) Ten civil rights complaints forms.
(28 USC 2254) Ten Habeas Corpus petitions forms.
(Ten notice of appeal forms)
(148 200) Ten requests for medical records.
(Ten applications in forma pauperis forms).
(Ten applications without prepayments of fees forms).

"Thank you"

(Robert Redford loses the manhunts)
(against number eighteen of 18 pages)

Name # Ivan Mendez    S.B.I # 453355    Date # 07/19/07
Date Received # _____    Pass to log # _____
Date Sent # _____    Staff initials # _____

Staff Notes # _____

07/19/07

INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD

TO #: MRS. JOSEPH HUDSON
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE. 19977

DATE #: 07/19/07

FROM #: IVAN MENDEZ                                 453351
         INMATE NAME                                  S.B.I. #

— I HEREBY CERTIFY —

PURSUANT TO PRISON LITIGATION REFORM ACT 28 USC, 1915 (A)(2) EFFECTIVE APRIL 26, 1996, I'M REQUESTING A CERTIFIED STATEMENT OF MY INST. TRUST FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

IVAN MENDEZ
SIGNATURE

28 USC 1746   AND   18 USC 1621