07/19/07

(AL ARCINO LOVES ACE DC.
(AGAIN NUMBER ONE OF 18 PAGES)

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 JUL 20

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

07-455

FORM TO BE USED BY A PETITIONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

1- PLAINTIFF # IVAN MENDEZ.

2- S.B.I. NUMBER # 453351

3- ADDRESS # D.C.C, 1181 PADDOCK RD., SMYRNA DE. 19977.

4- CASE NUMBER # 315-2001

5- DEFENDANTS # THE STATE OF WASHINGTON D.C.,

6- LIST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS # AS YOU KNOW IT TOO THIS INFORMATION WILL COME FROM THE FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENNSYLVANIA AND WASHINGTON D.C, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT WAS BEEN YEARS WAITING FOR THOSE ANSWERS.

7- IS THERE A PRISIONER GRIEVANCE # NO

8- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES NO

9- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.

10- WHAT WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THIS CRIMINAL ORGANIZATION.

11- NAME OF DEFENDANT # THE STATE OF WASHINGTON D.C. AND ALL THIS CRIMINAL ORGANIZATION.

12- EMPLOYED AS A # AS YOU KNOW IT TOO, THEIR JOBS AND POSITIONS.

13- ADDRESS # AS YOU KNOW IT TOO ALL THE ADDRESSES.

14- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE U.S. DISTRICT COURT, AS YOU KNOW IT TOO ALL OF THE FACTS AND FACTS, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENNSYLVANIA, DELAWARE, WASHINGTON D.C, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, AND THIS TIME I ONLY PUT ONE LAWSUIT AGAINST ONLY ONE OF THE MEMBERS OF THIS CRIMINAL ORGANIZATION THE STATE OF WASHINGTON D.C., AND I KNOW THAT YOU HAVE ON YOUR HANDS MY INMATE ACCOUNT STATEMENT FROM THE PAST SIX MONTHS PERIOD, AS YOU KNOW IT TOO, THAT BY SOME SORT OF

(PLEASE TURN THIS FORM TO THE OTHER SIDE)

miracle they gave me eleven on (06/15/07) June fifteen of 2007) and also because Washington D.C. know it too that I wrote for my classification, and finally I got classified on (06/22/07) June twenty of 2007) but at the shower for disabled done by the Honorable Counselor, Mr. Thomas Atello and by the Honorable C.I. Mr. Seacord, whom told me that I cannot be removed to S.C.I. over in Georgetown even if it was for legal matters and this told me that the only way to send me is by taking me out from protective custody and put me in population, they can move me to S.C.I., so I told them that if I get out from protective custody, they are going to hurt me again, and they told me that there is no way to get removed and that if I get out from protective custody from population, they are going to send me to population over at S.C.I. in Georgetown, so I told them that there be removed to S.C.I. under protective custody, and they told me that there is not more protective custody Georgetown, so I told them that there is and also they have special cell unit (S.C.U.), where I used to be as you know 11:00, on the grounds to commit suicide when I cut my wrists, and you know 11:00 all about, where I sad eyes (Ms. Barbara) and Bombonacho (Ms. Maria) los Blades works, and there told me that there is not more special cell unit (S.C.U.) so I told them that I wasn't supposed to be removed from S.C.I. because I was under public detainer by the I.N.S. and it was a federal charge against S.C.I. and they told me that this understand that, but I need to be but in population and sign out protective custody, so I told them that I better kept on here on protective custody and that I will suit again this institution, and they told them good me, and as Washington D.C. know it too, now on (06/25/07) June twenty five of 2007, the Honorable counselor Mr. Thomas Atello, send me a letter telling me that as I.I. Seacord and I stated when we did your classification, we cannot classify you to S.C.I. as long as you are on protective custody, they do not want a long term housing for protective custody, I will talk with Woomera about your legal paper work, I cannot request your medical documentation you have to work through medical for that?", so I write to him complaining about how he claim that now they have protective custody over at S.C.I. and requesting a copy of my classification for legal matters, and requesting the receipt of the new television that they gave us last year with new mattresses, and I told them to take mine out of my room because I don't want a television house of religious matters as L.D.S. latter day saints (L.D.S.) Mormon so they took it and gave it to this man, and took that old man his old television from his room, and gave it to me, and I told them that I don't want that junk I don't want television at all, so they told me that this will happen my

(please turn this form to the next page, next number two)

07/19/07

(Bruce Willis loves Slayer)
(Original number two of 18 pages)
It was been two months waiting and I even wrote it to them, but the don't have nothing and I don't want the man Brown or do something to that television and this charge me with, as you know it too how this charged me for one television that other inmate broke, and send me also to Delaware Psychiatric Center (D.P.C.) and I amen that case but they don't accept any appeal just like all of you, so this charge me with it as you know it too, so I told him too that in anyways, I will sue this institution again, together with this (Demonic) organization because as you know it too now I have it a warning to you and to all this (Demonic) organization, not to touch or hurt R. (Sadenzes) M. Barbara or (Bombonsito) Ms. Marylou Blades, as you know it too that those two angels (Romie) were the only two decent ladies whom take care of my disabled legs, my disabled ear and ribs, and all all the injured parts of my body and most parts of my body damaged, hurted and disabled as a suit of a hit and run of which I have been victim back on 1948 as you know it too all about it, and as you know it too, that those two decent ladies were the only two angels whom always are with other doctors and nurses, in order to obtain pain killers for me and because the other necessary nurses never gave it in time the medications (Glicerins, Insulins, and others) to me old white cowboys, this ways Garett calls to their own people and race, as you know it too all about it, same as you want it too you gunsmoke (Sam) and mike was a near attack a cause of it and both of them me, one of them was arrest out (Ernie) Gunsmoke and as you know it too all about it and as you know it too that those two angels from god swallowed a lot of mad, anger and frustration because everybody else want ate), discriminated, hurted and do so much evil to the old white cowboys and to mystic girls, and those angels from god always are protecting us, and you know it too all about it, same as you know it too, I warning you and I warning all of this (Demonic) organization, no to touch or hurt Sgt. Doug, Sgt. Duke or Hazard (Sgt. Duke), (Sgt. Sam Elliot) Lt. Daniel the Mirage, Bobslony, Tray Gunsmoke, Mike, Gus, Past Dead, C/O Morgan the Lady, and C/O Morgan the Gentleman, Radio, Mailer, Bruce Smith, or anybody of those old white cowboys, with a good heart and so anxious whom have this only people whom helped me and look out for me, without expecting nothing in return, and as you know it too all about it, so please (rad) this page to the other side as the sun of this form)

(Please read this page to the other side as the sun of this form)

I also know that this old white cowboys over here, such as Mr. Tom or Mr. Mark or Mr. Louse Eight, or Mr. Louse Eleven or Louse Twelve, which they just give me the targeted situations and bad language in order to get what they don't mind to deal with other people with nasty attitudes and bad language in order to get what they need, as they know it too. My economic situations and this never expect nothing on my corner. As you know it too, that everywhere that I have been, those generous old white cowboys are for only people whom milden me and look out for me, and they just turn for who me also, and they just are the targets of evildoers else too, and you know it too, all about it, same as Washington D.C. People this criminal organization, and as Washington D.C. know it too all about it, like how I'm dying on pain of my legs and Ms. Barslaw Biggs, (la Peques) or Ms. Barbara (Arnell) are not here to give me at least painkillers or whatever pills can obtain from the other doctors and nurses for my pains, as you know too that on D.C. or D.C.C. they don't give me nothing for pain or for anytime, even watching my inflamated legs with the metallic plates marks on my skin, and you know it too all about it, so I'll be glad to hear from you soon as possible, because as Washington D.C. know it too, that that nurse Humnis Deep (nurse) on this building of D.C. caused me infection on my skin making small wounds infected and as you know it too that medial don't do nothing from me, and as you know it too all about it, and I say you once again some copies of my legal paperwork that I'm still waiting for on my regular pan legal forms, and please send me those forms requested on the general request form as possesed and you know it too wants work on with the law library too, all in total with this form are equal pages (15 pages). In summary and in almost total order.

- State also what you want the courts do for you # Justice for all of the abuses and damages caused to myself, to my loved ones and to my friends as you know it too, all I requested before, and as you know it too, that some members of my families have passed away (one), and some of my friends (white old cowboys) too.

- I declare under penalty of perjury that the above information is true and correct, and also I swear to God.
- Date # 07/19/07
- Signature # Ivan Mendez

07/19/07

(Clint Eastwood loves Metallica)
(Agenda number three of 18 pages)

EXHIBIT A

CHARGE # (Criminal Impersonation).
To wit # Ivan L. Mendez, on 12/25/00, did knowingly and unlawfully pretend to be (Tony) Rene Diaz, with the intent to obtain a benefit from another person.

EXHIBIT A

CHARGE # (Robbery First Degree).
To wit # Ivan L. Mendez, on 12/25/00, did when in the course of committing theft use force upon Latisha M. Reed with intent to compel Latisha M. Reed to deliver up property consisting of U.S.C. and when in the course of the commission of the crime, or of the immediate flight therefrom, he caused physical injury to Latisha M. Reed, who is not a participant in the crime.

CHARGE # (Possession of a Deadly Weapon).
To wit # Ivan L. Mendez on 12/25/00, did knowingly possess a deadly weapon, during the commission of a felony possessing illegal cutting instrument, a deadly weapon during the commission of robbery 1st.

EXHIBIT B AFFIDAVIT OF PROBABLE CAUSE

On 12/25/00 at 17:35 hours, on US. 113, I observed a pedestrian walking north along the median strip and last seen the pedestrian was wearing a dark jacket and blue jeans and had a dark bushy mustache which fit the description of the subject in a robbery (Starbahn) occurred on 12/25/00, during a crime prevention check the pedes... identified himself as (Tony) Rene Diaz, when asked if he had been drinking, he replied yes, Diaz was transported back to Georgetown P.D. where he was questioned by Det. Grose, during the questioning Diaz admitted to giving a false name, he then identified himself as Ivan L. Mendez.

EXHIBIT B AFFIDAVIT OF PROBABLE CAUSE

(Sex # Male), (Race # White), (Hair # Black), (Weight # 180).
(3). The victim advised she had just been stabbed by a white male suspect. (4). The victim could only describe...

07/19/07

Drew Brockway loses motor vehicle (Drana number four or FB images)
- suspect as a white male, with a black mustache, and black hat. (5)- The victim also advised she smelled an odor of alcoholic beverages on the suspect's breath. (6)- The suspect approached her from behind the exxon. (7)- The suspect had verbal contact with the victim and advised her not to say anything and she wouldn't get hurt. We then stated "give me your money". He then struck her in the lower left side of her back. (8)- The victim stated this was when she realized that he had stabbed her. (9)- The suspect then punched her in the facial area (cousin a ring started to her right eye). Took her money and fled behind the exxon.

Exhibit B statement of Morris case - (continued).

1- W/2 PM Brockway, observed the suspect approach the victim. We don't observe the suspect attack the victim. W/2 PM Brockway described the suspect as a white male. (13) On 12/28/00, at 12:33 hrs. W/2 NAAR, Ofc Sim. W/2 PM Brockway described the suspect as a white male. (14)- W/2 stopped the suspect. The suspect was into seen a suspect that matched the description of the suspect. (14)- W/2 stopped the suspect. The suspect was under the influence of alcohol stopped and taken into custody by W/2 NAAR, for walking on the highway. (15) I was called to the scene on other traffic charges. The name the suspect gave W/2 NAAR was Tony Rene Diaz. (15) I was called to interview the suspect in reference to the complaint on 12/21/00. (16)- The suspect was mirandized and interviewed 18:00 hours on 12/25/00. (17)- The suspect advised he was not worked in about a month. We stated he cannot remember what happened on 12/21/00, because he was intoxicated. During the interview we represented stated he did what he had to do to survive. (19) on 12/26/00 at 9:45, I showed the motoline up to the victim. The victim picked the photograph of the suspect out of 6 total photos. The victim was then shown a photo of the suspect's clothing and also positively identified the suspect's clothing. (20) M/1/17 on 12/26/00, W/2 PM Brockway, could not positively identified the suspect's face. But I showed the clothing the suspect was wearing as the same he had on 12/21/00. (21)- On the suspect's living area I showed a black knife with a 2 inch knife blade. This length is consistent with the stab wound to the pair of toe nail clippers with his ID along with his black wait hat. The suspect was described (22)- The suspect stated he lost his ID along with his black wait hat. The suspect was described wearing a black hat by the victim. (23)- During the interview the suspect he then changed his name to Ivan C. Mendozo.

07/19/07

(ENJYA JONES MURT RUSSEL)
(NORTHER NUMBER PAGE OF 18 PAGES)

INITIAL CRIME REPORT

REPORT DATE # (12/21/00).
INCIDENT OVERVIEW # (SUSPECT CAUSED SERIOUS PHYSICAL INJURY BY USING A WEAPON AND PORTABLE REMOVED J.R. (FROM THE VICTIM).

VICTIM INFORMATION

NAME # (REED (ATISHA M.).
INJURIES DESCRIPTION # (2 1/2 INCHES DEEP, BY 2 INCHES WIDE LACERATION TO LOWER LEFT BACK BRUISES AND MINOR LACERATIONS (RACIAL AREA AND FRONT OF HANDS).

SUSPECT DEFENDANT INFORMATION

(SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC), (RACIAL HAIR # THICK MUSTACHE), (ARMED WITH # ILLEGAL CUTTING INSTRUMENT), (RESIDENT STATUS # UNKNOWN).

CRIMES AND ASSOCIATED INFORMATION

DESCRIPTION OF TYPE OF WEAPON USED # (POCKET KNIFE).

A.C.G.I.S. INCIDENT REPORT

DOCUMENTS # (UNKNOWN) WHERE KNIFE IS (LARGE BLADE).

SUPPLEMENTAL REPORT # 1
ORIGINAL VICTIM INFORMATION

ORIGINAL SUSPECT/DEFENDANT INFORMATION
ORIGINAL SUSPECT/DEFENDANT (RACIAL HAIR # THICK MUSTACHE).
ORIGINAL SUSPECT/DEFENDANT INFORMATION

NAME # (REED (ATISHA M.).

(SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # HISPANIC), (RESIDENT STATUS # NON-RESIDENT), (SKIN TONE # LIGHT), (RACIALLY # THICK MUSTACHE), (BUILD # LARGE), (WEIGHT # 160), (HAIR COLOR # BLACK), (HAIR LENGTH # COLLAR), (ARMED WITH # ILLEGAL CUTTING INSTRUMENT), (SUSPECT'S CLOTHING DESCRIPTION # BLUE JEANS, DARK BLUE JACKET, GREEN HOODED SWEATSHIRT, BLACK MI-STAINED SHIRT, BLACK SNEAKERS).

07/19/07

PAIL HOUSE LOVES PARANES COROLLA

WITNESS INFORMATION

(PAGINA NUMBER SIX OF 18 PAGES)
(TYPE # WITNESS), (NAME # NAAR DAVID), (SEX # MALE), (RACE # WHITE).

INVESTIGATIVE NARRATIVE

ON 12/25/00 AT 17:30 HOURS, I WAS CONTACTED BY PFC-NAAR IN REFERENCE TO THE SUSPECT IN CUSTODY FOR CHARGES HAD ON HIM, I WAS ADVISED THE SUSPECT MATCHED THE DESCRIPTION FROM THE INCIDENT ON 12/21/00. THE SUSPECT GAVE PFC-NAAR THE NAME TONY RENE DIAZ, I RESPONDED TO GEORGETOWN P.D. TO INTERVIEW THE SUSPECT, I MIRANDIZED THE SUSPECT AT 18:20 HOURS.

SUPPLEMENTAL REPORT #2
ORIGINAL VICTIM INFORMATION

NAME # (REED LATISHA M.).

(SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC).

ORIGINAL SUSPECT/DEFENDANT INFORMATION
(FACIAL HAIR # THICK MUSTACHE).

ORIGINAL SUSPECT/DEFENDANT INFORMATION
(SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # HISPANIC), (SKIN TONE # LIGHT), (BUILD # LARGE), (WEIGHT # 160), (FACIAL HAIR # THICK MUSTACHE), (HAIR COLOR # BLACK), (HAIR LENGTH # COLLAR), (SUSPECT'S CLOTHING DESCRIPTION # BLUE JEANS, PURPLE/BLUE JACKET, GREEN HOODED SWEATSHIRT, BLACK MULTI STRIPED SHIRT, BLACK SNEAKERS).

MODIFIED SUSPECT/DEFENDANT INFORMATION
(SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # HISPANIC), (RESIDENT STATUS # NON-RESIDENT), (SKIN TONE # LIGHT), (BUILD # LARGE), (WEIGHT # 160), (FACIAL HAIR # THICK MUSTACHE), (HAIR COLOR # BLACK), (HAIR LENGTH # COLLAR), (ARMED WITH # ILLEGAL FIRING INSTRUMENT), (ARREST NUMBER # 511114), (ARREST TYPE # WARRANT).

SUPPLEMENTAL REPORT #3
ORIGINAL VICTIM INFORMATION
(NAME # REED LATISHA M.), (SEX # FEMALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC).

ORIGINAL SUSPECT/DEFENDANT INFORMATION
(SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC), (FACIAL HAIR # THICK MUSTACHE).

07/19/07

GEORGE LOVES MEREDITH

INVESTIGATIVE NARRATIVE

(VICTIM/WITNESS SEEN AGE 18 YEARS)
I CONTACTED THE VICTIM ON THE SCENE, WHILE SHE WAS LYING ON THE SIDEWALK OF THE EXXON, ON THE SOUTHSIDE OF THE BUILDING. I ASKED THE VICTIM IF SHE HAD SEEN THE SUSPECT, AND SHE SAID THAT SHE DID NOT GET A VERY GOOD LOOK AT HIM. THE VICTIM STATED THAT SHE DID KNOW THAT THE SUSPECT WAS A WHITE MALE. UPON EXITING HER CAR SHE WAS MET BY THE SUSPECT WHO HAD STRUCK HER SEVERAL TIMES IN THE FACE AND LOWER BACK. THE VICTIM SAID THAT SHE WAS CAUGHT BY SURPRISE AND COULD NOT FIGHT BACK BECAUSE IT ALL HAPPENED SO QUICKLY. THE VICTIM STATED THAT SHE TRIED TO WALK TOWARD THE ENTRANCE TO THE BUILDING BUT DID NOT MAKE IT THAT FAR AND WHEN SHE WAS HURT, THE VICTIM SAT DOWN ON THE S.E. CORNER OF THE BUILDING.

---

INITIAL CRIME REPORT

REPORT DATE # 12/25/00.
INCIDENT OVERVIEW # (OFFENDANT GAVE A FALSE NAME, DURING A CRIME PRESENTATION CHECK).

SUSPECT/DEFENDANT INFORMATION
(SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # HISPANIC) (RESIDENT STATUS # NON-RESIDENT) (SKIN TONE # OLIVE) (BUILD # RUGGED), (FACIAL HAIR # THICK MUSTACHE) (HAIR COLOR # BLACK) (HAIR LENGTH # EAR TOP) (FACIAL HAIR # ACCENT), (ARMED WITH # UNARMED), (ADDRESS # MARANATO, MEXICO) (ARREST NUMBER # 51415), (ARREST WARRANT), (SUSPECT'S CLOTHING DESCRIPTION # DARK BLUE JACKET AND BLUE JEANS).

INVESTIGATIVE NARRATIVE

ON 12/25/00, AT 17:35 HOURS, ON US 113, I OBSERVED A PEDESTRIAN WALKING NORTH ALONG THE MEDIAN STRIP AND HIS LANE. THE PEDESTRIAN WAS WEARING A DARK JACKET AND BLUE JEANS AND HAD A DARK BUSHY MUSTACHE, WHICH FIT THE DESCRIPTION OF THE SUSPECT IN A ROBBERY (STABBING), OCCURRED ON 12/21/00, DURING A CRIME PRESENTATION CHECK THE PEDESTRIAN IDENTIFIED HIMSELF AS TONY ROSA DIAZ, WHEN ASKED IF HE HAD BEEN DRINKING HE REPLIED YES. DIAZ WAS TRANSPORTED BACK TO GEORGETOWN P.D. WHERE HE WAS QUESTIONED BY DET. GROSE. DURING THE QUESTIONING THAT ADMITTED TO GIVING A FALSE NAME, HE THEN IDENTIFIED HIMSELF AS IVAN L. MENDEZ.

---

CLIENT STATUS SHEET
(DATE # 12/25/00), (SEX # MALE), (RACE # WHITE), (WEIGHT # 160), (SMT # SCAR LEFT LEG, SCAR RIGHT LEG, SCAR

Helen Want loves Van Walen

(Original Number sent of pages)

(MS # S DIVORCED),

**Client Status Sheet**

# OC(18/01), (Sex # male), (Race # white), (Hair # Black), (Weight # 180), (Skin # unknown), (SMT # Scar Left Leg, Right Leg, Scar face, Scar Chest), (MD # Divorced).

**Client Status Sheet**

# OC(26/01), (Sex # male), (Race # white), (Hair # Black), (Weight # 180), (Skin # unknown), (SMT # Scar Left Leg, Right Leg, Scar face, Scar Chest), (MD # Divorced).

**Statements of Witnesses**

Statement of Victim 001- Latisha M. Reed – (continued).

To obtain more information from the victim, but she was medicated due to her injuries. The victim Qart was stopped by PTLM, Bucci on the scene.

Statement of Witness 001- John S. Rodenbough.

Rodenbough, advised we saw the victim fall into the exxon parking lot, at 18:30 hours, we could not open and-or talk about this complaint.

Statement of Witness 002- Pat Brockway.

Brockway, observed a white male, approach the victim, the victim and the suspect started talking, we don't see suspect assault or rob the victim, Mr. Brockway, describe the suspect as a white male, thin, blue jeans, and black feet, we don't saw a hat on the suspect or a mustache.

Statement of Witness 003- Edward R. Wilson.

Mr. Wilson, observed the victim's white car pull into the south parking lot of the exxon, we don't observe an assault or robbery of the victim.

Statement of Witness 004- Lonnie Feaster.

Feaster, processed the victim's car.

Statement of Witness 005- Michael Barlow

3/11/15

I, Ron Rutecki, loser Demmi Mors
(Various vaginal number name of FR pages)
I, Barlow, was the supervisor on the scene.

STATEMENT OF WITNESS 006 - JEFFREY BUCCI

M. BUCCI, INTERVIEWED THE VICTIM ON THE CRIME SCENE.

INVESTIGATIVE NARRATIVE - (CONTINUED)

THE SUSPECT WAS ASKED TO IDENTIFY HIMSELF, HE GAVE ME THE NAME IVAN L. MENDEZ, HE ADVISED THE SITUATION FROM WILMINGTON, BROUGHT HIM TO GEORGETOWN, HE STATED HE HAD NOT WORKED IN OVER A MONTH, I DETECTED A SMELL OF ALCOHOLIC BEVERAGES & EMANATING FROM HIS BREATH, I QUESTIONED HIM ABOUT HOW HE COULD BUY ALCOHOL IF HE HAD NOT MONEY, HE STATED HE HAD FRIENDS THAT WOULD HELP HIM OUT, HE WAS QUESTIONED ABOUT THE INCIDENT ON 12/21/00, HE STATED I DON'T REMEMBER I WAS DRUNK, I ADVISED HIM A YOUNG FEMALE WAS BEATEN INJURED AT THE EXXON, HE STATED HE WAS DRUNK AND DOESN'T REMEMBER BEING THERE, DURING THE INTERVIEW THE SUSPECT KEPT STATING, I DO WHAT I HAVE TO DO TO SURVIVE, THE SUSPECT WAS WEARING BLUE JEANS, DARK BLUE ZACHARY AGED HOODED SWEATSHIRT AND A BLACK MULTI SOUND SHIRT, THE SUSPECT HAD A FACIAL BUSHY MUSTACHE AND BUSHY GOATEE. HIS DESCRIPTION MATCHES THE ONE GIVEN BY THE VICTIM AND ALSO W/2 NOT BROCKMAN, THE SUSPECT WAS ARRESTED BY C-NAAR, FOR MORAL CHARGES (PEDESTRIAN) AND (DRUNK) IMPERSONATION.

STATEMENT OF SUSPECT 002 - IVAN L. MENDEZ

THE SUSPECT WAS INTERVIEWED AT THE GEORGETOWN P.D. IN REFERENCE TO THE INCIDENT ON 12/21/00, THE SUSPECT WAS READ HIS MIRANDA WARNING AT 18:26 HOURS.

STATEMENT OF WITNESS 007 - DAVID NAAR

PFC-NAAR, STOPPED THE SUSPECT DUE TO HIS MATCHING DESCRIPTION FROM THE ORIGINAL INCIDENT ON 12/21/00, THE SUSPECT ADVISED HE LOST HIS I.D. WHEN HE LOST HIS HAT, PFC-NAAR, ASKED HIM WHAT TYPE OF HAT HE LOST AND THE SUSPECT STATED A BLACK KNIT HAT, THIS KIND OF HAT WAS ALSO DESCRIBED BY THE VICTIM IN REFERENCE TO THE ONE HAVING ON.

(NAMES AND ASSOCIATED INFORMATION
WITNESS INFORMATION

(NAME # 00BRBROWN JOHN S), (SEQUENCE # 02), (TYPE # WITNESS), (NAME # BROCKMAN
SEQUENCE # 01), (TYPE # WITNESS), (NAME # BROCKMAN

5/19/06

Zacy Nicholson Loses (Death Metal)
(Naming Number That of (8 pages))
(SEQUENCE # 03), (TYPE # PERSON Contacted) (NAME # Wilson Edward P.), (SEQUENCE # 04), (TYPE # WITNESS), (NAME # Connie Frasier), (SEQUENCE # 05), (TYPE # WITNESS), (NAME # Rainbow Mitchell), (SEQUENCE # 06), (TYPE # WITNESS), (NAME # Bucci Zeffrom).

### Investigative Narrative

The victim was being questioned by P.L.M. Bucci. Upon my arrival I was advised the only description of the suspect was a white male with a black knit hat.

### Investigative Narrative - (continued)

Blood on the sidewalk the victim had walked down to get help. I met with the victim and advised her to give me all her money. Due to the victim being under Ran medication for her injuries, I will follow up with her on a latter date to obtain the facts in her statement. The laceration was 2 1/2 inches deep by 2 inches wide. The laceration did not hit any vital organs.

### Statement of Victim 001 - (victim M. Reed)

Le stepped out of her vehicle. The suspect approached her from the rear of the store and advised her to give me all her money. The suspect then went not not in the back and lunged in the face and (took her money). The victim stated, "When we went met in the back is when we stabbed me. I don't even know at first I had been stabbed." The victim could describe the suspect as a white male with a thick black mustache. The only clothing description the victim could recall was a black knit hat on his head. The suspect fled behind the Exxon.

### Crimes and Associated Information

5/26/06 The victim looked at the photolineup and pointed to the suspect and stated "That's him. I was positive. Mr. Brockway." She photograph of the suspect and she stated the only thing missing is the black knit hat I asked the victim if she was still this was the suspect that had attacked her and she was and she stated "I'm positive. Mr. Brockway." Stated "We don't recognize any of the faces. I then held the gun right photograph up with my thumb over the suspect's face. Mr. Am Brockway stated that the clothing the suspect had on was the exact same clothes we had on 12/21/00. Pre-conseguor and missile located the suspect's knife area, and we found one pair of nail clippers with a 2 inch knife blade. With the positive

VP119107

(Master Allen Jones River) (Vaginal number eleven or 11 pages) The positive identification or Mr. Suspect's clothing I read and signed a warrant from the suspect or the victim bag the charges contained on this report, I served the warrant on or read his Miranda Rights.

## "Medical Reports"

### Progress Notes

# 12/21/00, Victim states to have problems with mother's boyfriend.

### History and Physical Original

Victim was reported to have been beat about the head and neck, during evaluation in the field she was noted to have stabwound over the left back, assessment with no evidence of scalp laceration, examination of the face demonstrates no evidence of forearm.

### Consultation

Consultation requested by # Dr. Doyle) (Reason # victim states physical abuse by mother's boyfriend) (No DX Consultation # 12/22/00), (Assessment # victim states to have other problems and does not realize want to talk to me she says that physically abuses mother rooming).

### History and Physical Original

# Demonstrate 2cms. stabwound over the postural back.

# 12/19/00), (Assessment # stabwound LAL chest).

### Triage Nursing Admission UMA Base

### Skin Test Assessment

Record # 2 - 2½ cms. stabwound to LL chest, old stitchwound scabbed, right wrist scratched, right underarm scratch (area)

07/19/07

(LINDSAY WAGNER LOVES ALEX JONA)
(TRAUMA NUMBER TWIST OR OF FIRE), DISCHARGE PLANNING (RETURN OUTSIDE #12/21/00), C WAS PATIENT BEEN IN THE EMERGENCY DEPARTMENT WITHIN THE LAST 15 DAYS?, YES 781 DAYS AGO ONE STITCHES.

---

PRIMARY AND SECONDARY SURVEY
(WOUNDS (BLANK # LACERATION B (BLANK, 20MS, LONG, 2½ CMS. DEEP.

---

EMERGENCY ROOM SUMMARY DOCUMENT
CC COMPLAINT # THE PATIENT IS AN 18 YEAR OLD WHITE FEMALE) (HISTORY OF PRESENT ILLNESS # THE PATIENT WAS IS STORE AND SOME PEOPLE ASSAULTED HER FOR NO APPARENT REASON, SHE SAID SHE WAS HIT ABOUT THE HEAD AND WITH SOME OBJECTS, SHE IS NOT SURE WHICH), (NO GROSS SIGN OF HEAD OR FACE TRAUMA) (FAMILY HISTORY # ENED BUT OTHERWISE NOT CONTRIBUTORY), (PRESENT # NO APPARENT GROSS HEAD OR FACE TRAUMA), (CHEST # NO APPARENT OF TRAUMA ABOUT THE MOUTH NOSE OR EARS).

---

PATIENT CARE REPORT — (WOUNDS 2 - ALS - TRANSPORT
CC COMPLAINT # MY BACK AND FACE HURT) (HISTORY OF CONDITION # THE PATIENT WAS ASSAULTED IN MAPLE 101 UNKNOWN ASSAILANT AND STRUCK IN FACE SEVERAL TIMES WALKED INTO STORE AND FOUND SHE HAD BEEN STABBED IN THE ), (ASSESSMENT # PATIENT SEATED AGAINST OUTSIDE WALL AT STORE WITH POLICE IN ATTENDANCE), (NOSEGON/TRACHEA # CMS. LACERATION TO LOWER (LEFT BACK, WITH NOTICEABLE ABRASIONS AND BRUISING), (EXTREMITIES # LEFT ARM UNUSUAL E WITH BRUISING TO A/C AREA), (DEFINITIVE DIAGNOSIS # R/O CLOSED HEAD INJURY, R/O INTERNAL TRAUMA SECOND WIFE WOUND).

---

TRAUMA RECORD
(TRAUMA # YES), (STABWOUND # YES), (OTHER # YES) BEAT ME UP).

---

TRIAGE NURSING ADMISSION DATA BASE
# B/15/00 (CHIEF COMPLAINT # STABWOUND) (ASSESSMENT # VERBAL # LSAID I GOT OUT OF MY CAR AND THEY BEAT ME U

2½ cms. deep. inc. x 2 cms. long). (Meg Ryan loves SCORPIONS) (pagina number thirteen of 18 pages)

Patient Care Report - records 2 - ALS - Transport

Narrative # Advised to find Patient in care of Georgetown P.D., who related circumstances.

## "TRANSCRIPTS OF PROCEDINGS"

Transcripts of Proceedings for guilty plea

The Court # Do you have your witnesses in the courtroom, Ms. Tsantes # Yes your Honor, I should say Ms. Crim - was seated in the courtroom, when Mr. Mendez, walked into the courtroom, MS. Tsantes # Mr. Mendez, is in a reaction and indicated that she recognized the person in the courtroom, Ms. Sims/ The # Mr. Mendez, is required that he could even so such a vile act, therefore he agrees that we would like to enter a Robinson plea that on the basis on whether or not the (victim would identify him and Mrs.) would have no (good) case. / If she I dentified him, Ms. Tsantes # on 12/21/00, at 6:25 pm, Latisha Reed, was getting out of her car, as she was about to proceed to walk around in the front of the store, somebody approached her from behind. She felt what felt to her as she thought was a hard punch in the back. The person then sa - around to her front and was brandishing a knife covered with blood, and demanded that she give all of her monies to him, the subject proceeded to punch her in the face took her monies and fled behind the Exxon, she also noticed that the subject was wearing a black knit cap and blue jeans (curly hair sticking out from underneath) with fibers that the subject was wearing a black knit cap and blue jeans (curly hair sticking out from underneath) with fibers, was smells and describe him as a White male, wearing dark clothes (the pants and dark colored jacket, there was another citizen witness that would testify that Brochway, that he witnessed the attack on Ms. Reed, he Identified the clothing and gave a physical description as Latisha Reed, was associated him on 12/14/00, Georgia Martinez (another camera contact with a subject wearing a black knit cap, dark pants and jacket and great marten was two days before this incident happened on 12/21/00, at 12/25/00, occcen are, who was familiar with the physical description that was given by Latisha Reed, of the perpetrator, a man wearing dark clothing at night on US 113, he made contact with the subject, during the encounter he realized Mr. Mendez was walking the wrong way, Mr. Mendez gave a false name of (on), Rene Diaz, the police presented the photo line up to Latisha Reed,

09/19/07

Katawa Winsun Jones Ramses

(Martina Number (Courtesy of) 15 pages)

less than a minute she picked out the defendant as the person that stabbed and robbed her, Mr. Brockman, was unable to pick Mr. Mendez, but he was shown a photograph of a person wearing clothes that Mr. Mendez was in when into custody in, with the face colored up, and positively identified those clothes as the same clothes that Mr. Brockman was also have been able to pick him out as the person that did that, the other thing that on 12/19/00, among that came came Prosecution check with Morgan Martinez. Mr. Mendez gave also a false name and an encounter on Mr. Mendez lying place among the items he had was a knife, the state would have presented s evidence and it is attached to like a nail clippers this was the knife that Mr. (Misha Reed) would have identified as the knife that stabbed her that day, the Court # used well I have had the opportunity to observe

Mendez 6

Transcripts of proceedings for nature of defense at trial

sued Mr. Mendez entered into the courtroom, the witness immediately had a reaction and indicated that she recognized the person in the courtroom, Mr. Mendez, indicated that he would enter a Robinson plea. If the victim would have identified him, Ms. (Santes) stated that on 12/21/00, at 6:25 am, Latisha Reed, exited her car as she proceeded to walk around to the front of the store somebody approached her from behind, she felt what she thought was a knife again the back, the person then came around to her front and was brandishing a knife (coded with blood) demanded that she give all of her money to him, the subject proceeded to punch her in the face (took her money) and fled leaving the Exxon, she described the subject as wearing a black knit cap, with bushy curly hair standing 5'10, undeterness and was unknown, smells with facial hair, she further described him as a white male, wearing dark blues the pants and dark colored jacket, there was another civilian witness that would testify he witnessed the attack on Miss Reed, but Brockman, he identified the clothing and gave a physical description of his appearance.

Ms. Reed was articulated and on 12/19/00, a Accopal camera contact with a subject wearing a dark knit cap, her pants and Jacket, with facial hair, that was two days before the incident with Miss Reed, and on 12/25/00 the police officer who was familiar with the physical description given by Miss Reed, saw an individual walking the Gulway was at night on 4515. (13. Contact was made with the subject which the officer realized subject was wearing, the subject gave a unknown name, the police presented the photos up to Miss Reed, in less than a minute, she picked out Mr. Mendez, as the person who stabbed and robbed her, (Mr. Brockman), was unable to pick

07/19/07

THE DEFENDANT, HOWEVER HE WAS SHOWN A PHOTOGRAPH OF A PERSON WEARING CLOTHES THAT MR. MENDEZ (02.24.02 RANGE JONES JOHNS MONTGOMERY) (MACINTIRA NUMBER OFFICERS OF THE ABOVE) TAKEN INTO CUSTODY IN WITH HIS FACE COVERED UP AND THIS WITNESS POSITIVELY IDENTIFIED THE CLOTHING AS CLOTHING WORN BY THE ASSAILANT DURING THE SEARCH OF MR. MENDEZ HOME, AMONG HIS POSSESSIONS WAS FOUND THE CLOTHING WHICH MISS REED WOULD HAVE IDENTIFIED AS THE WIFE THAT STABBED HER, ON JUDGE STOKES OBSERVATION THE DEFENDANT 6

TRANSCRIPTS OR PROCEEDINGS FOR SENTENCING

COURT # YOU ARE A CERTIFIED COURT INTERPRETER, THE INTERPRETER # THAT IS CORRECT YOUR HONOR, MR. SMYTH # MR. MENDEZ IS INITIALLY FROM MEXICO, AND HE WILL BE DEPORTED, THIS IS A SPANISH COMMUNITY UP IN WILMINGTON, MS. CASES # THE VICTIM LATISHA REED IS NOT HERE, BUT, SHE WAS TO WORK TODAY, ON 12/21/00 LATISHA REED WAS GETTING OUT OF HER CAR, AND SHE FELT WHAT FELT TO HER AS A PUNCH IN THE BACK, THE NEXT THING SHE KNOWS THE DEFENDANT WAS WEARING A BLACK CAP, THAT SHE DESCRIBES AS A WHITE MALE, I BELIEVE WITH FACIAL HAIR, AND SHE DESCRIBES HIS CLOTHING, AND HE'S TAKING MONEY FROM HER, AND 100 U MEX MONEY, TWO IS SOME MASSERA, WHO SAW THE DEFENDANT FLEE BEHIND THE CAR, AND ON 12/21/00, THE POLICE PICKED UP THE DEFENDANT WHO IS WALKING ALONG THE HIGHWAY, HE MATCHES THE DESCRIPTION THAT WAS GIVEN THAT DAY AND THE POLICE TAKE HIM INTO CUSTODY, UNDER THE SUSPICION OF WHAT MR. UNDER THE INFLUENCE, HE GIVES A FALSE NAME, THE POLICE DO A PHOTOLINE UP WITH (LATISHA REED) THAT IDENTIFIES HIM AS THE PERPETRATOR, I THINK IS IMPORTANT FOR THE RECORD TO REFLECT THAT WHEN MR. MENDEZ ADDRESSED TO PUNCH MS. REED IN THE BACK, WHAT HE ACTUALLY DID WAS STABS HER IN THE BACK BEFORE MUCH EVER CONFRONTING HER AND ASK FOR MONEY, MR. MENDEZ WAS ONLY ONCE PRIOR D.U.I. CONVICTION, MAYBE A D.U.I. PENDING WARRANT OUT OF THEIR NO THE WHEREABOUTS OF THE VICTIM WHO SINGLE IS GETTING OUT OF HER CAR AND NOT EVEN GIVEN A CHANCE TO DEFEND, FROM THE STABBING, WHEN HE APPROACHES HER FROM THE BACK, THE COURT # HE IS GOING TO BE DEPORTED, MS. FRANKS # ONCE HE SERVES THIS LEVEL 5 TIME, THE I.N.S. ARE GOING TO DEPORT HIM, MR. MENDEZ HAS COME AND GONE BETWEEN MEXICO AND U.S.A., YOUR HONOR HE WAS COMPLETELY UNDER THE INFLUENCE WHEN THE POLICE TOOK HIM INTO CUSTODY HAS A RECENT ATTACK ON HE NEEDED TO DO IF HE REALLY NEEDED MONEY, WAS APPROACH THAT WOMAN AND ASK HER FOR SOME, WITHOUT THE USE OF A KNIFE, BUT THE DESCRIPTION OF THE OBJECT USED TO STAB HER WITH WHILE IT IS INDEED A FINGERNAIL CLIPPERS IT WAS A TWO AND A HALF TWO BLADE THAT COMES OUT AND THAT IS THE OBJECT THE SISTER SAW

(PLEASE TURN PAGE TO THE OTHER SIDE)

items that was used to stabb Miss Imisha Reed, the victim had a chance to look at that and believes that the weapon used to stabb her with, the court I have observed the defendant, and the fact that Mr. M— may be deported to Mexico.

## U.S. District Court (Answer)

At 6:25 a.m. on 12/21/00, (Mishia Reed), was getting out of her car, in anticipation of entering the store, when someone approached her from behind, she felt what she believed to be a hard punch in the back in 1+ e discovered that she had been stabbed, the person then came around to the front of her brandishing a bloody water and demanding all of Reed's money, the robber punched Reed in the face, took her money and fled behind the store, Reed described the robber as a white man with bushey curly hair sticking out from under a knit cap, she told police that he had greasy hair, was unkempt, smelly and wearing dark pants and a jacket Bracewyan, who witnessed the attack gave a similar description of the assailant, police encountered someone of that description on 12/25/00, who was intoxicated (and) walking the wrong way along US. 113, he gave a fake name, on Mr. Mendez home among the items Mendez was a knife, Reed picked Mendez picture from a photo line-up Mr. Bracewyan, was unable to pick Mr. Mendez out of the line-up, but I instigated the clothing he was wearing.

## Discussion.

Mendez claims are difficult to discern, but (liberally) reading his petition Mendez presents the following; (1)- he entered the Robinson plea only because he was scared when the prosecutor said that the victim rated him as her assailant. (2). The state courts turned away his letters. (3)- the victim was not present at time of the plea to identify him. (4)- actual innocence based on witnesses who said he was not the person responsible for the crimes. (5)- ineffective assistance of counsel, Mendez also checked several grounds his petition.

Mendez assertion of actual innocence of actual innocence, based by others. Based on his report that Ms. Barbara told him that the rubes at the Exxon told him that he was not the person responsible for the crimes.

[signature]

(Please turn page to page number)

07/19/07

Ruled Against Lopes Sex Abuse and Threesomes

(Roberto Mendez vs State of Delaware)
Supreme Court (Order).

1) - On this appeal Mendez counsel asserts that based upon a complete and careful examination of there is, there are no arguable/appealable issues, Mendez did not submit any issues to his counsel for this court's consideration, (a) - The court must be satisfied, that defense counsel was in fact made a conscientious examination of the record, (B) and the law, (b) - The court must conduct its own review of the record, (c) - The court was provided the record carefully and was concluded that Mendez appeal is devoid. We are satisfied that Mendez's counsel was made a conscientious effort to examine the record and was properly determined that Mendez could not raise a meritorious claim on this appeal.

"State's Response to Rule 26 (c) - Based

2) - Appeal defense counsel withdrawal. (a) - This court must be satisfied that defense counsel was in fact made a conscientious examination of the record and law for arguable claims, (B) This court must conduct its own independent search of the record and law. "I have diligently searched the record, including the complete transcript and have been unable to find any meritorious issues to be raised on appeal" (January 2, 2002 State of Counsel). Mendez was not transferred any issues for review.

3) - Did you know if too and of the statements, grounds and facts.



I/M IVAN MENDEZ
SBI# 453350   UNIT S.H.U. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
844 NORTH KING STREET
LOCKBOX #18
WILMINGTON DELAWARE
19801-3570