SEPTEMBER ELEVEN OF 2007                              09/11/07

AEROSMITH LOVES U.S.A. ON SEPTEMBER ELEVEN

PAGE NUMBER ONE OF FOUR PAGES                         07-450
                                                      07-455
HONORABLE U.S. DISTRICT COURT.                        07-456

HONORABLE MASTER, I'M WRITTING TO YOU ONCE AGAIN, NOT MEANING TO BOTHER OR DISTURB AND OF YOUR BUSY TIME, BUT AS YOU KNOW IT TOO, ALL OF THE GROUNDS AND FACTS WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, WASHINGTON D.C., DELAWARE, PENSYLVANIA AND FOR ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, AND ALSO HONORABLE MASTER, ON (07/25/07), JULY 25 OF 2007, THE HONORABLE MASTER MR. RICHARD R. STOKES, SEND ME AN ANSWER TO ONE OF MY LETTERS SAYING THAT " THE COURT IS IN RECEIPT OF YOUR LETTER FILED JULY 25 OF 2007, REQUESTING THE COURT TO SEND FOUR LETTERS THAT WERE RETURNED TO YOU, THE COURT DOES NOT PROVIDE POSTAGE OR MAIL SERVICE TO INDIVIDUALS, THEREFORE I'M RETURNING THE ENVELOPES TO YOU, YOU WILL NEED TO MAKE ARRANGEMENTS TO SEND THEM THROUGH THE MAIL ROOM AT THE DEPARTMENT OF CORRECTION " IN A COLD BLOOD, NOW HE RETURNED FOUR OF THE LETTERS SEND IT TO HIM, AS YOU KNOW IT TOO, THAT I HAVE SEND IT TO HIM OTHER LETTERS BEFORE AND UNTIL NOW HE RETURNED TO ME, AND LETTER NUMBER ONE WAS ADDRESSED AND DIRECTED TO HIM, AND HE RETURNED TO ME TOO CLOSED, WITHOUT AT LEAST OPEN IT, ALONG WITH THE OTHER THREE LETTERS AND TWO PAY TO'S FORMS, AND ALSO HONORABLE MASTER AS YOU KNOW IT TOO ALL ABOUT MY CLASSIFICATION AND HOW AFTER I KEEP WRITTING TO THEM FINALLY THEY CLASSIFIED ME ON (06/22/07), JUNE TWENTY TWO OF TWO THOUSAND SEVEN, OVER AT THE SHOWER ROOM FOR DISABLED PEOPLE, AND AS YOU KNOW IT TOO, HOW THE HONORABLE COUNSELOR MR. THOMAS AIELLO, AND THE HONORABLE LT. MR. SEACORD, TOLD ME THAT I CANNOT BE REMOVED TO SUSSEX CORRECTIONAL INSTITUTION OVER AT GEORGETOWN DE., EVEN IF IT WAS FOR LEGAL MATTERS, AND TOLD ME THAT THE ONLY WAY TO SEND ME, IS BY TAKING ME OUT FROM PROTECTIVE CUSTODY AND PUT ME ON POPULATION SO THEY CAN MOVED ME TO SUSSEX CORRECTIONAL INSTITUTION, (S.C.I.), SO I TOLD THEM THAT IF I GET OUT FROM PROTECTIVE CUSTODY THEY ARE GOING TO HURT ME AGAIN, AND THEY TOLD ME THAT THERE IS NOT WAY TO GET REMOVED, AND THAT IF I GET OUT FROM PROTECTIVE

( PLEASE TURN PAGE TO THE OTHER SIDE )

ective custody to population, they are going to send me to population over at S.C.I. in Georgetown DE., so I told them that I need to be removed under protective custody to S.C.I, and they told me that there is not more protective custody on S.C.I, so I told them that there it is and also they have special care unit (S.C.U), where I used to be years ago, (as you know it too, with Sad Eyes (Ms. Barbara) and Smurpet (Ms. Mary Lou Blades), as you know it too how Sad Eyes (Ms. Barbara), saved my life on the second atempt to commit suicide by investigating with the main witnesses, the workers at the Exxon store, whom confirmed to her my innocence, as you know it too that on the first atempt I cut my wrists, and as you know it too all about it), and they told me that there it is not more Special Care Unit (S.C.U), so I told them that I wasn't supossed to be removed from S.C.I, because I was under public detainer by the Inmigration and Naturalization Services (I.N.S), and it was a Federal charge against S.C.I, and they told me that they understand that, but I need to be put in population no sign out protective custody, so I told them that I better kept on here on protective custody and I told them that I will suit again this institution, and they don't answered me, same as you know it too now on (06/25/07), June Twenty Five of 2007, the honorable counselor Mr. Thomas Riello, send me a letter sading that " as Lt. Seacord and I stated when we did your classification, we cannot classify you to S.C.I, as long as you are on protective custody, they do not have a long ter housing unit for protective custody, I will talk to Kromka, about your legal paperwork, I cannot request your medical documentation, you have to ork through medical for that ", so I keep writting to them complaining why now they claim that S.C.I have protective custody housing, and asking for a copy of my classification for legal purposes, and on (07/30/07) July Thirty of 2007, I have received a copy of my classification dated on (07/10/07), July Ten of 2007, where they classified me to something called " Maximum Protective Custody Programs ", so I wrote back to them complaining why they classified me to something without my consent or agreement or even knowledge of the existence of those programs as on my first stay on this building Ms. Maritza McFadden, told me that there is
(Please turn page to page number two)

SEPTEMBER ELEVEN OF 2007                                    09/11/07
[ BANGLES LOVES U.S.A. ON SEPTEMBER ELEVEN           ]
[ PAGE NUMBER TWO OF FOUR PAGES                      ]

NOT PROGRAMS AT ALL ON PROTECTIVE CUSTODY HOUSING AND WHERE ON DELAWARE STATE OR PHONE BOOK, SAME AS YOU KNOW IT TOO. HOW COUNSELOR MS. SWANSON TOLD ME ONE YEAR AGO THAT THERE IS NOT PROGRAMS AT ALL ON MAXIMUM PROTECTIVE CUSTODY HOUSING AND I REQUESTED ON MY LETTER A COPY OF THE RECEIPT OF MY NEW TELEVISION (STATE PROPERTY), NEW TELEVISIONS AND NEW MATTRESSES, THAT THEY JUST GAVE MONTHS AGO ON LAST YEAR AS YOU KNOW IT TOO ALL ABOUT IT, AND I REQUEST MY RECEIPT BECAUSE SGT. B-THOMAS, BRING THE NEW MATTRESSES AND NEW TELEVISIONS AND MAKE ME SIGN THE RECEIPT SO I LOCKED MY TELEVISION ON MY LOCK R BECAUSE I USE THE TELEVISION STAND TO KEEP MY LEGAL PAPERWORK LEFT, AS YOU KN WIT TOO ALL ABOUT IT, AND BECAUSE OF RELIGIOUS MATTERS, BECAUSE I AM AN LATTER DA DS SAINTS MEMBER (MORMON), AS YOU KNOW IT TOO ALL ABOUT IT, SO SHE TOLD ME THAT I'M HAVE TO WATCH TELEVISION, AND I TOLD HER THAT I DON'T WATCH TELEVI ON BECAUSE I'M A MORMON (L.D.S.), PERHAPS I DON'T HAVE TIME TO WATCH TELEVISIO BECAUSE I'M WORK ON MY LEGAL CASES ALL DAY LONG BESIDES WHEN I DON'T HAVE A PEN, ENVELOPES OR PAPER, AS YOU KNOW IT TOO ALL ABOUT IT, SO SHE TOLD ME THAT I HAVE AT LEAST TO PUT THE TELEVISION ON THE STAND, SO I TOLD HER THAT IS WHERE I L IT MY LEFT LEGAL PAPERWORK, SO SHE TOLD ME REALLY MAD, TO WRITTE A LETTER TO H R FOR THEY TO REMOVE THE TELEVISION FROM THIS CELL, SO RIGHT AWAY I WROTTE TH R LETTER AND DAYS LATTER WHILE I WAS TAKING A SHOWER SHE CAME AND TOOK MY N EW TELEVISION AND GAVE IT TO OTHER INMATE ON OTHER CELL AND GAVE ME THE INMATE OLD OWN PERSONAL TELEVISION, SO I TOLD HER THAT I DON'T WANT THAT OLD PIECE OF JUNK OVER HERE OR ANY TELEVISION AT ALL, SO SHE TOLD ME TO WRITTE A NOTE TO HER, SO I WROTTE THE NOTE AND SHE DIDN'T PICKED THAT OLD PIECE OF JUNK, SO I PUT THAT JUNK UNDER MY BUNK, AND I GUESS SHE HAVE SOME SORT OF BELIEFS ABOUT IT OR WHATNEVER IT IS AND REALLY MAD SHE CAME AND PICKED OUT THAT OLD JUNK, SO I REQUESTED FROM H R MY RECEIPT AND SHE TOLD ME THAT SHE WILL GAVE IT TO ME, (BUT UNTIL TODAY SHE HA NOT GAVE IT TO ME), SO I REQUESTED FROM THE HONORABLE COUNSELOR MR. THOMAS AIELLO,

(PLEASE TURN PAGE TO THE OTHER SIDE)

BECAUSE I DON'T WANT THAT THAT OTHER MAN DO SOMETHING TO THE TELEVISION AND THEY ARE GOING TO PRESS CHARGES AGAINST MYSELF, AS YOU KNOW IT TOO NOW C THE OTHER BUILDING TWO DIFFERENT INMATES BROKE TWO DIFFERENT TELEVISION ON TWO DIFERENT TIMES, WHICH ON THE SECOND TIME THEY PRESS CHARGES AGAINST MYSELF BECA E THOSE TWO TELEVISION WEREON MY CELL AND POSSESSION, AND BECAUSE OF THAT THEY SEND ME OVER TO DELAWARE PSYCHIATRIC CENTER (D.P.C),, AND I PUT LAWSUITS AGAINST THEM PLENTY OF LAWSUITS, HABEAS CORPUS, FORMA PAUPERIS, AFFIDAVITS WITHOUT PROPAYM NTS AND OTHER LEGAL FORMS AND LETTERS AS YOU KNOW IT TOO ALL ABOUT IT, AND ALSO AS YOU KNOW IT TOO NOW I APPEALED THAT CHARGE, AND THEY DISMISSED MY APPEAL BECAU THE INMATE DON'T WANTED TO FACE TRIAL OR FACE CHARGES, AND BECAUSE ALL THE EVIDEN CE WAS AGAINST THEM, AS YOU KNOW IT TOO ALL ABOUT IT, AND ON (08/09/07), AU UST NINE OF 2007, THE HONORABLE COUNSELOR MR. THOMAS AIELLO, SEND ME AN ANSWER SAYING THAT "YOU WERE CLASSIFIED TO MAXIMUM PROTECTIVE CUSTODY BASED ON THE FA THAT YOU SIGNED ON TO PROTECTIVE CUSTODY, MAXIMUM PROGRAMS ARE BEING DEVELOPE FOR INMATES IN MAX, BUT AS OF NOW ARE NOT AVAILABLE, THE TELEVISION THAT YOU S EAK OF IS A STATE ISSUED TELEVISION AND ONCE IT LEAVES YOUR ROOM AND PLACED IN ANOTHER AS LONG AS IT IS IN WORKING CONDITION YOU WILL NOT BE CHARGED FOR ANY D MAGE DONE TO IT", SO I KEPT WRITTING A COUPLE MORE LETTERS ASKING THE SAME QUESTION AS THE ONLY QUESTION HE ANSWERED ME WAS THE ONE ABOUT MY TELEVISION RECEIPT, AND ON (08/16/07), AUGUST SIXTEEN OF 2007, THE HONORABLE COUNSELOR MR. THOMAS AIELLO, CAME TO SEE ME, SO I ASKED HIM THE SAME QUESTIONS, AND HE TOLD ME THAT HE WILL SEND ME A LETT ANSWERING ME MY QUESTIONS, SUCH ARE: ¿ WHY THEY CLASSIFIED ME TO SOMETHING CALLED MAXIMU PROTECTIVE CUSTODY PROGRAMS, WHITOUT MY KNOWLEDGE CONSENT OR AGREEMENT OR EVEN TOLD ME OF THE EXISTENCE OF SUCH PROGRAMS?, ¿ WHY THEY DON'T EVEN MENTIONED SUCH PROGRAMS ON M CLASSIFICATION DATE AT THE SHOWER ROOM FOR DISABLED PEOPLE ON (06/22/07), JUNE TWENTYT J OF 2007?, ¿ ABOUT WHAT ARE THOSE PROGRAMS?, ¿ WHAT ROLE THE INMATES PLAY ON THO : MAX P.C. PROGRAMS?, ¿ WHY THEY CLASSIFIED ME TO SUCH PROGRAMS IF ACCORDING TO THEM THEY ARE NOT AVAILABLE RIGHT NOW?, ¿ WHY COUNSELOR MS. MARITZA MCFADDEN, AND COU SELOR MS. JHONSON, TOLD ME THAT THERE ARE NOT PROGRAMS AT ALL ON PROTECTIVE CUSTODY OR EVEN A PHONE BOOK, (AS YOU KNOW IT TOO ALL ABOUT IT)?, AS ACCORDING TO MR. THOMAS AIELLO,

(PLEASE TURN PAGE TO PAGE NUMBER THREE)

SEPTEMBER ELEVEN OF 2007                                          09/11/07
[ COURTNEY LOVE, LOVES U.S.A. ON SEPTEMBER ELEVEN
  PAGE NUMBER THREE OF FOUR PAGES                    ]

THE INMATES MAKE THE PROGRAMS ON TELEVISION AND THEY ARE TRYING TO PUT A CHANNEL ON TELEVISION WITH THOSE PROGRAMS MADE IT BY THE INMATES, AND IN A COLD BLOOD HE? ASKED ME WHY I NEED THAT INFORMATION, SO I TOLD HIM FOR THE SAME PURPOSE THAT I WROTTE IT TO HIM ON MY LETTERS SUCH ARE: (MENDEZ VS. THIS CRIMINAL ORGANIZATION 2:07-CV-2105, JUDGE, JUON R. PADOVA, U.S. DISTRICT COURT OF PENSYLVANIA), (MENDEZ VS. THIS CRIMINAL ORGANIZATION, 2:07-CV-1028, JUDGE JUON R. PADO, U.S. DISTRICT COURT OF PENSYLVANIA), (MENDEZ VS. JUON DOE, 1:07-CV-20, JUDGE, DAVID NUFFR, U.S. DISTRICT COURT OF UTAH), (MENDEZ VS. JUON DOE, 2:07-CV-200, JUDGE, SAMUEL ALBA, U.S. DISTRICT COURT OF UTAH), (MENDEZ VS. JUON DOE, 2:07-CV-201, JUDGE SAMUEL ALBA, U.S. DISTRICT COURT OF UTAH), (MENDEZ VS. DELAWARE CORRECTIONAL CENTER, 05-303, JUDGE, JOSEPH J. FARNAN, U.S. DISTRICT COURT OF DELAWARE), (MENDEZ VS. DELAWARE LEGAL SYSTEM, 05-304, JUDGE JOSEPH J. FARNAN, U.S. DISTRICT COURT OF DELAWARE), (MENDEZ VS. DELAWARE STATE, 05-305, JUDGE, JOSEPH J. FARNAN, U.S. DISTRICT COURT OF DELAWARE), (MENDEZ VS. DELAWARE PSYCHIATRIC CENTER, 05-306, JUDGE JOSEPH J. FARNAN, U.S. DISTRICT COURT OF DELAWARE), (MENDEZ VS. THOMAS CARROL, 04-1409, JUDGE, JOSEPH J. FARNAN, U.S. DISTRICT COURT OF DELAWARE), (MENDEZ VS. PENSYLVANIA STATE, 1:06-CV-794, JUDGE, JOSEPH J. FARNAN, U.S. DISTRICT COURT OF DELAWARE), (MENDEZ VS. THIS CRIMINAL ORGANIZATION, 1:06-CV-780, JUDGE, JOSEPH J. FARNAN, U.S. DISTRICT COURT OF DELAWARE), (MENDEZ VS. THIS CRIMINAL ORGANIZATION, 1:07-CV-236, JUDGE JOSEPH J. FARNAN, U.S. DISTRICT COURT OF DELAWARE), AND FOR OTHER LEGAL FORMS HONORABLE MASTER, AS YOU KNOW IT TOO THAT SOME ARE OUT OF STATE AND SOME OTHERS ARE IN YOUR WAITING TO BE SEND IT TO U.S. COURT OF APPEALS FOR THE TENTH CIRCUIT ON DENVER COLORADO, SOON AS I RECEIVE HIS LETTER AND SOME OTHER LEGAL DOCUMENTS FROM OTHER PLACES, AND ALSO HONORABLE MASTER, I WROTTE TO MS. LISA A. SEMANS AT THE SUPREME COURT, REQUESTING SOME LEGAL DOCUMENTS COPIES, FOR THE SAME LEGAL PURPOSES WROTTEN BEFORE, AND SOME OF THOSE DOCUMENTS THAT I REQUESTED FROM HER ARE: ( SUPPLEMENTAL REPORT FROM PFC-BUCCI, REGARDING STATE VS. MENDEZ, I.A. #0012015854, ON

(PLEASE TURN PAGE TO THE OTHER SIDE)

03/07/04), (SUPPLEMENTAL REPORT FROM PFC- CONSUEGRA, DATED 04/02/01, REGARDING STATE VS. MENDEZ, I.D.# 0012015854, NO.# 318-2001, ON 04/04/01), (SUPPLEMENTAL REPORT FROM SGT. BARLOW DATED 03/21/01, REGARDING SAME DEFENDANT ON 04/04/01), (ANY AND ALL MEDICAL RECORDS PERTAINING TO THE TREATMENT OF LATISHA M. REED, ON OR ABOUT THE 12/21/2000, IN THE MATTER OF STATE VS. IVAN L. MENDEZ, I.D.# 0012015854, DATE ISSUED 01/22/01), (TRANSCRIPTS OF PROCEEDINGS FOR NATURE OF DEFENSE AT TRIAL), (TRANSCRIPTS OF PROCEEDINGS FOR GUILTY PLEA), (TRANSCRIPTS OF PROCEEDINGS FOR SENTENCING), (COPY OF THE VICTIM CONTACT SHEET REGARDING SAME DEFENDANT ON 04/04/01), (THREE PHOTOS OF CONTENTS OF VICTIM'S CAR), AND SOME OTHER LEGAL DOCUMENTS THAT I HAVE REQUESTED FOR THE SUPREME COURT AND ON, (08/22/07), AUGUST 22 OF 2007, I HAVE RECEIVED THE FOLLOWING DOCUMENTS: (TRANSCRIPTS OF PROCEEDINGS FOR NATURE OF DEFENSE AT TRIAL), (TRANSCRIPTS OF PROCEEDINGS FOR GUILTY PLEA), (TRANSCRIPTS OF PROCEEDINGS FOR SENTENCING), (STATE'S RESPONSE TO RULE 26 (c) BRIEF), (ORDER, SUBMITED 01/08/02, AND DECIDED ON 03/05/02), BY HONORABLE MASTER THAT'S ALL I HAVE RECEIVED AND I RECEIVED FROM THE: (CHAMBERS OF THE SUPREME COURT, 57 THE GREEN, P.O. BOX 476, DOVER DE. 19903), AND I HAVE REQUESTED FROM: (MS. LISA A. SEMANS, SUPREME COURT OF DELAWARE, 55 THE GREEN, P.O BOX 476, DOVER DE. 19903), AND WHERE THEY HAVE SENT ME THOSE COPIES IT DOESN'T SAID WHOM WAS THE SENDER, SO I KEPT WRITTING ASKING FOR THE OTHER LEGAL DOCUMENTS AND THEY RETURNED A LETTER TO ME ADDRESSED TO: (MS. LIZA A. SEMAN, SUPREME COURT, 55 THE GREEN, P.O BOX 476, DOVER DE. 19903), SAYING THAT IT WAS UNABLE TO BE DELIVERED TO THAT PLACE, TO RETURN TO SENDER, AND I SEND IT BACK INSIDE OF OTHER LETTER CONTAINING THE SAME REQUEST FOR THOSE LEGAL DOCUMENTS AND MY COMMISSARY SLIP FROM THIS MONTH, OF THE MISSERY THEY GAVE ME MONTHLY, AND ALSO HONORABLE MASTER, ON (08/28/07) I HAVE RECEIVED AN ANSWER TO ONE OF MY LETTERS DATED ON (08/23/07), WHICH SAYS: ("THE COURT IS ON RECEIPT OF YOUR LETTER DATED AUGUST 21, 2007, REQUESTING COPIES OF VARIOUS DOCUMENTS, THIS OFFICE IS UNABLE TO PROVIDE YOU WITH COPIES OF THESE DOCUMENTS, YOU MAY WANT TO CONTACT US. DISTRICT COURT FOR THE DISTRICT OF DELAWARE, 844 NORTH KING STREET, ROOM 4209, WILMINGTON DE. 19801, AND SUPERIOR COURT NEW CASTLE COUNTY, COURTHOUSE 500, NORTH, KING STREET, WILMINGTON DE. 19801, HOWEVER I'M UNCERTAIN AS TO WHETHER THEY WILL BE ABLE TO PROVIDE THEM TO YOU OR THE PRISON LIBRARY

(PLEASE TURN PAGE TO PAGE NUMBER FOUR)

SEPTEMBER ELEVEN OF 2007                                   09/11/07
[ DREW BARRYMORE LOVES U.S.A ON SEPTEMBER ELEVEN ]
[ PAGE NUMBER FOUR OF FOUR PAGES ]

VERY TRULY YOURS (ATOYA S. BRADY)"), AND HONORABLE MASTER ACCORDING TO THAT LETTER THEY HAVE CHANGED SOME OF THE HONORABLE WORKERS AT THE SUPREME COURT, AS ACCORDING TO THAT LETTER THE ONLY PEOPLE LEFT IS THE HONORABLE LADY, MS. CATHY L. HOWARD, (CLERK), THE HONORABLE LADY, MS. AUDREY R. BACINO, (ASSISTANT CLERK), THE HONORABLE LADY, MS. LISA A. SEMANS, (CHIEF DEPUTY CLERK), BUT THE HONORABLE LADY MS. DEBORAH L. WEBB, (CHIEF DEPUTY CLERK), IT DOESN'T WORK THERE NOT MORE, BESIDES HER NOW THEY HAVE MS. LATOYAS S. BRADY, MS. DEBRA E. ZATLOUKOVICZ AND MS. BRANDEE R. FORD, AND ALSO HONORABLE MASTER, THE HONORABLE SOLICITOR GENERAL FROM THE USA DEPARTMENT OF JUSTICE, ON WASHINGTON D.C., FINALLY HAVE ANSWEREN ME, AND I HAVE RECEIVED HIS LETTER ON, (08/29/07), DATED ON (08/24/07) WHICH SAYS: ("DEAR MRS. MENDEZ, THANK YOU FOR YOUR CORRESPONDENCE DATED JUNE 12, 2007, TO THE OFFICE OF THE SOLICITOR GENERAL, I FIRST WANT TO TRULY APOLOGIZE FOR THE LENGHT OF TIME IT HAS TAKEN TO REPLY, THE OFFICE OF THE SOLICITOR GENERAL REPRESENTS THE UNITED STATES IN LITIGATION BEFORE THE SUPREME COURT, THE SOLICITOR GENERAL PROVIDES LEGAL SERVICES EXCLUSIVELY TO THE FEDERAL GOVERMENT, AND THEREFORE WE CANNOT OFFER LEGAL ASSISTANCE TO A PRIVATE CITIZEN, ACCORDING TO YOUR LETTER YOU REQUESTED BOTH A RESPONSE TO YOUR PREVIOUS LETTERS AND LEGAL FORMS SENT TO YOU TO FIT YOUR ALLEGED ARREST, THE OFFICE OF THE SOLICITOR GENERAL IS NOT ABLE TO ADDRESS YOUR CONCERNS, I CAN ONLY SUGGEST YOU SEEK LEGAL REPRESENTATION IN AN EFFORT TO OBTAIN THE REMEDIES YOU SEEK PERHAPS YOUR LOCAL LEGAL AID ASSOCIATION, OR LAW SCHOOL PRO BONO INSTITUTE CAN OFFER FURTHER ADVICE OR ASSISTANCE"), WHAT A COLD BLOCK ED HONORABLE MASTER, KNOWING WHAT IS GOING ON TOO, AND ALSO HONORABLE MASTER, ANOTHER MEMBER OF MY FAMILY HAVE JUST PASSED AWAY ON MAY EIGHTEEN OF THIS YEAR OF 2007, (05/18/07), MY OLDER BROTHER JUANNY (PATOTAS), AND HE WAS A GOOD MAN AN INNOCENT OF ANYTHING, JUST LIKE MYSELF, AS YOU KNOW IT TOO, OR JUST LIKE SO MANY OF MY FAMILY MEMBERS, OR INNOCENT, HUMBLE, PEACEFUL, MERCIFUL, GENEROUS WHEN HE CAN, AND GOOD HEARTED JUST LIKE THE OLD WHITE COWBOYS,

(PLEASE TURN PAGE TO THE OTHER SIDE)

Also called old red necks by evil people as you know it too all about it), so like this white old white cowboy, that was fighting for his innocence, and escaped from here from D.C.C., on Smyrna, DE., and broke in into a house and according to the media he raped and killed one woman, but he was still fighting his innocence, and the god damn media said that he was the lider of something called the Arian supremacist race, only because he had some rock and roll tatoos, just like those tatoos that many rock and roll players use down on the west of United States, like West Virginia, Chicago, Michigan, South Dakota, Minnesota, Nebraska, Montana, Washington State, Wyoming, Colorado, some in Idaho, Oregon, California, and I remember over in S.C.I in Georgetown everybody was complaining that he was a good man an innocent, me myself I have not met him personally but I saw his pictures on the newspapers and his art body painting expressions of freedom and rock and roll, so honorable master, I'll be glad to hear from you soon as possible, and I hope that does n't bother you if I'm asking you to please pray for this good old white cowboy, for Mr. Ernie (Gunsmoke), for Mr. Mike (Ryder Alone), for my brother and for those innocent American people whom have being murdered over on New York on September eleven (09/11), by those evil terrorist suicidals sons of Garranston (the devil), so honorable master I'll be waiting for your answer soon as possible.

"Thank's for your time on this matter, and for your consideration"

Sincerely

Another L.D.S. (Mormon) member of the Body of Christ.

Inmate's Name # Ivan Mendez
S.B.I Number # 453351
Date of Birth # 12/04/73
Judge's Name # Mr. Richard R. Stokes.
Date of Sentence # 06/15/01
Number of Case # 318-2001

( page number four )

I/M IVAN MENDEZ
SBI# 453351    UNIT S.H.U. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



02 1A          $ 00.41⁰
0004608975    SEP 14 2007
MAILED FROM ZIP CODE 19977

U.S. DISTRICT COURT
844 NORTH, KING STREET
LOCKBOX #18
WILMINGTON DELAWARE
          19801-3570

19801+3570