IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IVAN L. MENDEZ, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 07-455-JJF |
| THE STATE OF WASHINGTON D.C., | : |
| Defendant. | : |

### ORDER

NOW THEREFORE, at Wilmington this 26th day of September, 2007, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Leave To Proceed <u>In Forma Pauperis</u> (D.I. 1) pursuant to 28 U.S.C. § 1915 is **DENIED**.

2. Plaintiff's Complaint is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A. Amendment of the Complaint would be futile. See <u>Alston v. Parker</u>, 363 F.3d 229 (3d Cir. 2004); <u>Grayson v. Mayview State Hosp.</u>, 293 F.3d 103, 111 (3d Cir. 2002); <u>Borelli v. City of Reading</u>, 532 F.2d 950, 951-52 (3d Cir. 1976).

_____
UNITED STATES DISTRICT JUDGE